United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re TYRONE MASON, | Case No. 20-cv-05898-DMR (PR)<br><br>**ORDER OF TRANSFER** |

    This action was opened on August 21, 2020, when the Court received a letter from Plaintiff, who is in custody at the Larry D. Smith Correctional Facility in Riverside County.  Dkt. 1.  On the same date, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that he had not submitted his complaint on a proper complaint form and had not submitted an *in forma pauperis* application.  Dkts. 2, 4.  In addition, the Clerk notified Plaintiff in writing that this matter has been assigned to the undersigned Magistrate Judge.  Dkt. 5.

    Further review of Plaintiff's case reveals that, in addition to failing to submit the proper documents, he has also initiated his civil action in the wrong judicial district.  Plaintiff states in his letter that he wishes to "file[] a Federal Civil Lawsuit for Damages" against the Riverside County Sheriff's Department on behalf of himself and his wife, Beatriz Morales, who is being held in custody at the Robert Presley Detention Center in Riverside County.  Dkt. 1 at 1.  Thus, the acts he complains about occurred in Riverside County, which is located in the Eastern Division of the Central District of California, and it appears that Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Eastern Division of the United States District Court for the Central

1   District of California.[1]  The Clerk shall transfer the case forthwith.

2         If Plaintiff wishes to further pursue this action, he must complete the complaint form and *in forma pauperis* application required by the Eastern Division of the United States District Court for the Central District of California and mail them to that district.

      All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

      IT IS SO ORDERED.

Dated:  December 8, 2020

DONNA M. RYU
United States Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

2